AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

Wael H. Sharaydeh

*Defendant(s)*

Case No. 1:24-mj-628

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2022 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1591(a)(1), (b)(2), & (c) | Sex Trafficking of A Minor |
| 18 U.S.C. 2252A(a)(2)(A) & (b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Nathan Holbrook

*Complainant's signature*

Nathan Hobrook, SA FBI

*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **Aug 8, 2024**

Karen L. Litkovitz

Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nathan Holbrook, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for over 12 years. In July 2011, I was assigned to the Indianapolis Division, Merrillville Resident Agency to work white collar crimes and public corruption investigations. In joining the FBI as a Special Agent, I initially spent five months at the FBI training academy in Quantico, Virginia, where I studied numerous investigative techniques, including those involved in white collar/public corruption investigations.

2. I was a member of the Northwest Indiana Public Corruption Task Force from August 2011 until December 2017. This task force focused on public corruption investigations throughout Northwest Indiana and was comprised of several federal law enforcement agencies, including the FBI and the Internal Revenue Service (IRS). As part of my duties while a member of this task force, I was involved in numerous public corruption investigations including investigations of elected public officials, non-elected government employees, and corrupt law enforcement officers. In the course of these investigations, and through my involvement in other investigations with other experienced white collar/public corruption investigators, I have participated in white collar and/or public corruption investigations involving the use of Title III communication intercepts, confidential surreptitious undercover recordings, electronic tracking devices, pen registers and trap and trace devices, and various types of search warrants for GPS location information, government offices, and government computer systems.

3. In January of 2018, I was transferred to the Cincinnati Division of the FBI and assigned to a white collar/public corruption unit, specifically to investigate public corruption in

Southern Ohio to include bribery, extortion, and theft of funds from programs receiving government money. Since my assignment to the Cincinnati Division, I have conducted or participated in public corruption investigations utilizing advanced techniques to include the use of: Undercover Agents; confidential human sources; consensual undercover recordings; Title III communication intercepts; physical surveillance; pen registers and trap and trace devices; and the analysis of financial records.

4. In May of 2023, I was transferred to a task force that investigates violent crimes against children, such as the production, distribution and receipt of child pornography and child sex trafficking, among other violations of law.

5. The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observations, the statements of witnesses/cooperators, review of digital evidence, and conversations with other experienced investigators. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that federal crimes have been committed. Based upon my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Wael H. Sharaydeh violated Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c) and Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1), Receiving Child Pornography.

6. Wael Sharaydeh is an adult male with date of birth June XX, 1969 and Social Security Account Number XXX-XX-7099. Sharaydeh is approximately six feet, 3 inches tall and has brown hair and brown eyes.

## BACKGROUND

7. On approximately July 24, 2023, an investigator assigned to the Warren County Drug Task Force (WCDTF) contacted the FBI Cincinnati Child Exploitation and Human Trafficking Task Force (CEHTTF) advising that during the course of a drug/money laundering investigation involving Wael H. Sharaydeh (hereinafter referred to as "Sharaydeh") (DOB XX/XX/1969) of 107 65th Street, Cincinnati, Ohio, investigators located potential child pornography on a digital device recovered from Sharaydeh's residence.[1] A Federal Bureau of Investigation (FBI) Special Agent provided a document summarizing the investigation into the activities of Sharaydeh. The following is a summary of that report:

a. Beginning on approximately June 2022, FBI Cincinnati and the Warren County Drug Task Force (WCDTF) have been investigating a Drug Trafficking Organization (DTO) responsible for the distribution of illegal hashish vape products throughout the Southern District of Ohio. This DTO is being operated by Wael Sharaydeh (hereafter referred to as "Sharaydeh") and Ismail Hikmat Sharida (hereafter referred to as "Sharida") and others both known and unknown. The DTO has been associated with multiple sales of product to juveniles without requesting identification. In some instances, the juveniles reported becoming violently ill after consumption.

b. On April 10, 2023, multiple state level search warrants related to this investigation were executed. The WCDTF executed search warrants on multiple VIP Smoke Shop stores and a related warehouse located within the Southern District of Ohio. Additionally, the WCDTF executed a state search warrant on the residence of Sharaydeh, located at 107 65th Street, Cincinnati, Ohio.

c. As a result of the ongoing investigation conducted by the WCDTF, numerous vape products have been collected since approximately June 2022. Once tested at the Hamilton County Crime Laboratory, the various vape products were found to contain Hashish (a

---

[1] Law enforcement data bases list Sharaydeh's residence at 7014 Vine Street, Cincinnati, Ohio, but investigators know Sharaydeh resides at 107 65th Street, Cincinnati, Ohio.

Schedule 1 narcotic). The delta-9 tetrahydrocannabinol (THC) content of these products was greater than a known 1% delta-9 THC standard.

2. As part of the search warrants executed in April of 2023, investigators seized Sharaydeh's personal cell phone, described as an Apple iPhone 14, from his residence located at 107 65th Street, Cincinnati, Ohio, along with several other digital devices. The Apple iPhone 14 was discovered by investigators hidden in the ceiling above the shower in a bathroom. Investigators were led to the Apple iPhone 14 when the alarm on the phone activated alerting investigators to its location. On April 10, 2023, the digital devices were transported to a law enforcement location in Warren County, Ohio and documented into evidence.

3. On May 3, 2023, an investigator with the WCDTF, obtained a state-level search warrant to examine three Apple iPhones, to include the Apple iPhone 14 seized from Sharaydeh's residence during the search on April 10, 2023. The search warrant authorized the examination of the devices for evidence of violation of Ohio Revised Code (ORC) section 2923.24 (possession of criminal tools), section 2925.03 (trafficking in drugs), section 2925.11 (possession of drugs), section 4301.69 (underage persons offenses), section 1315.55 (money laundering), and section 2923.32 (engaging in a pattern of corrupt activity). The search warrant identified the following digital media devices:

a. Apple iPhone – described as a black iPhone with no identification numbers. The phone was recovered from the ceiling at Sharaydeh's residence.

b. Apple iPhone – described as a white and chrome color cell phone with no identification numbers. This cell phone has a hard black Apple protective cover. The cell phone was recovered from the ceiling at Sharaydeh's residence.

c. Apple iPhone – described as a grey and black cell phone with no identification numbers. This cell phone has a red and black plastic protective cover. The cell phone was recovered from a jacket pocket at Sharaydeh's residence.

4. On or about May 30, 2023, the digital media devices were forensically examined at the Ohio Narcotics Intelligence Center (ONIC) located at 2950 East Crescentville Road, West Chester

Township, Ohio, pursuant to the above referenced search warrant. ONIC conducted a partial AFU (after first lock) forensic examination of the Apple iPhone 14 utilizing Cellebrite software[2] and created a report of the forensic examination which was maintained on a Samsung T7 external hard drive.

5. An intelligence analyst with ONIC conducted a review of the forensic report. The following is a summary of what the intelligence analyst discovered:

a. Text messages regarding Sharaydeh allegedly impregnating a minor female. The intelligence analyst observed two screenshots of text communication between Khadejaah, Sharaydeh's daughter, and Sharida that was posted onto a VIP store group chat. In the text, they referenced a female, discussed her age, and Khadejaah's daughter claimed she had "evidence." The intelligence analyst also discovered screenshots of a text conversation between Khadejaah and an unknown female where the unknown female stated she is pregnant and sixteen years old.

b. The intelligence analyst discovered additional text messages between Sharaydeh and a female identified in the device as "Ann Shar." The text conversation involved a discussion of "Ann Shar" having an abortion. Sharaydeh sent money via Cash App to fund the referenced abortion. This text communication ended with "Ann Shar" asking for money for pain medication. On March 26, 2022, Sharaydeh sent $600 (memo stated "good luck") and $150 (memo stated "rest") to a Cash App account of C_09dcw8y2n with $Cashtag $513my.[3] On the same date, text messages indicated the cost of the abortion was $750 and it was planned for March 26, 2022.

c. The analyst searched the name "Ann" in the entire device and a Google Drive folder located on the device returned with the name "Ann." The analyst searched through the

---

[2] Cellebrite is software program utilized to extract and analyze data from digital devices.

[3] Records obtained from Cash App via subpoena identified account C_09dcw8y2n was used by M.J. who was a 15 year old female born in August, of 2005 (herein "MV") during the relevant time period described in this affidavit. A $Cashtag is a unique identifier for individuals and businesses using Cash App. A $Cashtag creates a shareable URL where individuals can make payments privately and securely.

file system and located a parent folder that contained subfolders each with female names. Each folder contained images of a female. The analyst opened the folder titled "Ann" and discovered numerous images and videos some of which were explicit in nature and clearly showing the face of the female. The analyst observed what appeared to be a white minor female posing with her breasts exposed wearing a black thong. The face of the female was observed, to include a tattoo of a red butterflies and black writing on her forearm. The intelligence analyst also observed a video of a white female exposing her breasts and displaying her vagina to the camera. A prominent black tattoo with cursive writing was observed on the female's forearm. At this point, the intelligence analyst discontinued his review of the device and contacted his management. In addition, the analyst advised the FBI of the images he discovered on Sharaydeh's cell phone.

## PROBABLE CAUSE

6. On August 9, 2023, in the United States District Court, Southern District of Ohio, affiant obtained a federal search warrant for Sharaydeh's Apple iPhone 14 Pro Max, serial number L3XC9NT72J and a Samsung T7 black external hard drive, serial number S5KN6NS0R904044T containing data/information forensically obtained from the Apple iPhone 14 Pro Max.

7. On August 15, 2023, the search warrant was executed at approximately 10:00 AM at ONIC located at 2950 E Crescentville Road, West Chester Township, Ohio. A Forensic Computer Specialist with ONIC retrieved the black Samsung T7 hard drive containing the forensic report of the Apple iPhone 14 Pro Max and transferred the report to a Seagate SRD00F1 hard drive, serial number NA7NCLXJ.

8. On Monday, August 21, 2023, a review was completed of the forensic report of the Apple iPhone 14 Pro Max.

9. The telephone number assigned to the Apple iPhone 14 Pro Max is 513-435-0000. Subscriber records were obtained from Verizon via administrative subpoena for telephone number 513-

435-0000 for the time period from January 1, 2022 to August 30, 2023[4]. The records from Verizon did not list Sharaydeh as the subscriber, but the account was a pre-paid account and the subscriber information may not be accurate. The contact name associated with the telephone number in the Apple iPhone 14 Pro Max is "Shaun Wael Vip." Sharaydeh is known to investigators to refer to himself as "Shaun." Sharaydeh had multiple businesses that are either registered to or associated with Sharaydeh that have "VIP" in the name of the business. Multiple photographs of Sharaydeh were found on the Apple iPhone 14 Pro Max including an Ohio driver's with the following information: Name Sharaydeh Wael H; license number TK765804; address 7014 Vine St, Cincinnati, Ohio, 45216; and expiration date June 25, 2023.

10. Text message communications were discovered on Sharaydeh's phone to and from telephone number 513-572-9756 associated with contact "Ann Shar" from March 25, 2022 to March 14, 2023 and contained approximately 226 text message communication. Subscriber records obtained pursuant to a subpoena identified telephone number 513-572-9756 as a TextNow number subscribed to by 'Lexi Marie' with email address 'lexipetite513@gmail.com.' Investigators also discovered text messages on March 25, 2022 from leximarie45211@icloud.com to Sharaydeh where the user of the leximarie45211 email was demanding that Sharaydeh pay for an abortion. Based upon the content of the communications and the similarity of the subscriber of the TextNow number (Lexi Marie) to the email account (leximarie54211) your affiant believes both accounts were controlled by MV.

11. Text message communications were also found on Sharaydeh's phone between telephone number 513-544-8649 with an associated contact of "Ann Sharm" and Sharaydeh from March 26, 2022 to March 28, 2022. Records for telephone number 513-544-8649 obtained via subpoena listed MV as the subscriber.

12. A temporary driver's license permit application for the Ohio Bureau of Motor Vehicles was obtained for MV. Listed on the document in handwritten form was the telephone number 513-544-

---

[4] Telephone number 513-435-0000 was subscribed to JAC Marketing LLC at 4279 Spyglass Hill, Mason, Ohio

8649 and date of birth of XX/XX/2005[5]. Also, a photo of MV was obtained from the Ohio Bureau of Motor Vehicles and appeared to be the same person in the images identified as "Ann Shar" and "Ann Sharm." Based upon the above information, it is believed that MV is the individual referenced as "Ann Shar" and "Ann Sharm."

13. Text message communication between MV and Sharaydeh, indicated that MV and Sharaydeh were involved in a sexual relationship and MV was impregnated by Sharaydeh. For example, MV sent the following text messages from telephone number 513-572-9756 delivered to Sharaydeh on March 25, 2022:

> **MV:** "U can block me all u want I CANT HAVE THIS BABY SHAUN![6] And if I do have this baby and I have to take care of this baby by myself at 16 I promise u your going to jail! I JUST NEED THE MONEY FOR THE ABORTION I HAVE $150 I dont want any drama I told u we can be done u can block me we never have to talk again I just need the money for the abortion! I dont want drama I dont want problems I dont people to know but if im FORCED to have this baby EVERYHONE WILL KNOW"
>
> **MV:** "Please just send me the money for the abortion. PLEASE SHAUN

14. On March 26, 2022, Sharaydeh sent MV a text message to telephone number 513-544-8649 accusing MV of misleading Sharaydeh about MV's age. Sharaydeh stated in the text:

> **Sharaydeh:** "You fucking lier trying to blackmail me with lies first I have the massages you told me you are 19.5 years old and the voice I record of you saying that and it's mention on your Facebook you born 2002 and how you be pregnant and you been having your period till last week you cross the line by contacting my people and lying trying to hurt me even so I try to help you move up in life get a job finish school and getting better in life you just gold digger greedy I will send you money if you promise not to bother me ever or my people and leave me alone I don't ever to see you again"

---

[5] MV was 16 years old during the timeframe of March 2022 to July of 2022.
[6] Sharaydeh's contact on his phone refers to him as "Shaun Wael Vip (owner).

Sharaydeh and MV continue to discuss her age and money to obtain the abortion. The following messages were exchanged between Sharaydeh and MV on March 26, 2023:

**MV:** I now have exactly 750$ ill need to come up with about 20 for a uber there and 20 back. They will have to give me pain medication wich will make me high so i have to get a uber back to.

**Sharaydeh:** What's your real age lier

**MV:** U got me pregnant and your really gonna sit here and say dumb shit to me.

**Sharaydeh:** I send you the money you promised to block all my peoples with your lies

**MV:** U didn't even send me all the money. The pill is 750 u sent 600. I shouldint have to hse my own money that I saved from our meets. Its bad enough this is about to be painful as fuck and probably make me bleed for months. But ok

Sharaydeh and MV continue to exchange text messages regarding payment for an abortion and MV's age:

**MV:** U should have sent it regardless!! YOU TOLD ME IF I GOT PREGNANT U HAD THE MONEY

**MV:** YOU GOT ME PREGNANT YOU ARE THE ONLY FUCKING PERSON I WAS WITH IN THE LAST 2 MONTHS

**MV:** At this point I feel like you should give me the other fucking 150 so its 750 all together.

**MV:** I removed the messages with your brother. I will remove your daughters after.

**MV:** I deleted all the pics u sent me as well

**Sharaydeh:** Why you lie about your age send me nude pictures to entrap me after many times I ask you about your age you but long eye lashes and dress up to make belief you 20 You think that's fair

**MV:** All gone i deleted mine on his end as well. Then delted the whole thing. And do u think its fair u told me 500 then kept giving me less and less them came in me every fucking time?

15. Sharaydeh told MV through texts messages that he would send her the money if she would explain to Sharaydeh why "you lie to me about your age and you told me you are 19 ½ old." MV

responded that she told Sharaydeh "18 in august." MV went on to explain to Sharaydeh that "I met with you because i needed the money just like u met with me because u wanted sex." MV told Sharaydeh she never claimed to be 19 years old. MV claimed she told Sharaydeh, "On the text i told u i turn 18 in august. In person i told u im already 18." Sharaydeh told MV that he now believed her and that he panicked when MV threatened him. Sharaydeh told MV, "I will support you with job and whatever I could do take care of your self we still friend."

16. In the "Contact" section of Sharaydeh's phone was a contact for a Cash App account assigned to the name "Maya" with a cash tag of $513my. The Cash App contact had a telephone number of 513-544-8649. This telephone number is subscribed to by MV. Based upon this information it is likely the Cash App account belongs to MV.

17. On March 26, 2023, MV sent Sharaydeh approximately seven (7) Cash App money requests ranging from $500 to $600. All of the requests were canceled. There were two additional Cash App requests from MV to Sharaydeh on March 26, 2022 that were completed, one in the amount of $600 with a description of "good luck" and another in the amount of $150 with the description of "rest." In addition, there was a Cash App request on or about April 15, 2022 from MV to Sharaydeh in the amount of $200, which was completed.

18. On approximately May 29, 2022, MV, using telephone number 513-572-9756, and Sharaydeh exchanged multiple text messages regarding payment for a phone. MV told Sharaydeh that she is "only keeping my end of the deal if u keep yours." MV went on to text that Sharaydeh told MV "the phone would be paid for its off." Sharaydeh responded that he was doing MV a favor to help her out and that Sharaydeh did not have control over the [phone] and advised her to call "the store" and remind them to pay "it." Based upon the communication, it appears that Sharaydeh is paying for a phone for MV.

19. On approximately June 9, 2022, MV text Sharaydeh from telephone number 513-572-9756. MVA told Sharaydeh that her sister had passed away and wanted to know if Sharaydeh had any work for her to do to earn money to pay for her sister's cremation. Sharaydeh responded asking MV how

old she was and that she could possibly work at one of his stores. MV told Sharaydeh that she was 16 years old and needed to make the money quickly. Sharaydeh told MV that he could "contribute $200" for MV's sister and told MV to go to the store and collect the money.

20. On approximately June 28, 2022, MV asked Sharaydeh if he could pay for her phone bill. MV added in a follow up text, "I can send some pics or something." MV and Sharaydeh shared text messages related to getting the phone activated. On the same day, Sharaydeh sent MV a text advising the phone had been paid. MV asked how much it cost and Sharaydeh responded $50. On June 28, 2022, MV sent a 13 second video to Sharaydeh depicting a female similar in appearance to MV in a standing position with her right leg hiked, while masturbating. The video's MD5 number was c0231d4da6692c987b70304b5f33d198. Sharaydeh responded, "Why you do this to me mf turture me I can look but I can't touch lol."

21. On July 24, 2022, MV sent Sharaydeh a text message asking again for Sharaydeh to pay MV's phone bill. MV texted, "Hey shaun.. my phones about to be off soon is there anyway u could pay it? I have nudes my friend told me to post on my premium snap she's 19 I could send them to u." Sharaydeh responded, "Ok send them here." On the same day, MV sent Sharaydeh three images depicting an unknown female in underwear or lingerie type dress. In two of the images, the unknown female's face was shown. Also on the same day, MV and Sharaydeh exchanged the following messages:

**Sharaydeh**: Lol I like you better

**MV:** Lol i can send mine

**Sharaydeh:** Ok

22. On July 24, 2022, MV sent Sharaydeh multiple images and videos.[7] The images and videos are described below:

a. An image depicting MV lying nude in a supine position showing a close-up of her vagina. The MD5 number of the video is 0104a9b2ea0820b9c3a02d880a53f476

[7] At the time the images and videos were created, MV was 16 years old.

b. An image of MV positioned on her hands and knees depicting a close-up of her anus and vagina.

c. A 16 second video depicting a close up of MV masturbating. The MD5 number was 924dc1e883afc6baa659d58a11463e61.

d. A 15 second video depicting a close up of MV masturbating. The MD5 number of the video was 4e0092e701906f49dc257404825311b3.

e. A 16 second video depicting MV masturbating, wearing a red and black top. The MD5 number of the video is 2dc9d226e47481e1325ae2b764a204d6.

f. An image of MV wearing a pick top and blue pants laying forward on what appears to be a bed. There is a tattoo on her right upper arm that states, “Trust No One.” The MD5 number of the video is b4a0e1a0d84f516caa1203885b6adc1e.

g. An image of MV taken from the waste up, depicting MV’s bare breasts and face. There is a tattoo on her left upper arm in Asian script. The MD5 number of the image is c771044736196f5c3b2a0152774f6258.

23. On August 7, 2024, MV was interviewed at her residence. MV was shown a Cellebrite report containing the text communications between MV, using telephone number ending in 9756 and Sharaydeh. Victim appeared to review the document and verified the text communications were between MV and Sharaydeh. MV was shown the images as described above. MV verified that she was the individual depicted in the images. In addition, MV’s attention was directed to the Cellebrite report of the text communications, specifically to text communications that contained thumbnail images of the videos described above. MV identified that she was the female depicted in the videos.

24. During the interview MV wore a shirt that offered full view of the tattoos on her arms. Investigators observed the tattoo on her right upper arm, which stated “Trust No One” was visually similar to the tattoo on the left upper arm of the female depicted in the images. Investigators observed the tattoo on her left upper arm which depicted Asian script was visually similar to the tattoo depicted on the left upper arm of the female depicted in the images.

25. On July 24, 2022, after MV sent the above images and videos to Sharaydeh, they exchanged the following text messages:

a. Sharaydeh: you trying to drive me crazy you can look but you can't touch lol

b. MV: [sends frown face emoji]

c. Sharaydeh: what we could do?!

d. MV: Wym[8]

e. Sharaydeh: How I could taste that juice without getting in trouble lol

f. MV: I got on birth control after all that i bleed almost everyday

g. Sharaydeh: I could see you Kentucky

h. MV: Im bleeding way to much I bled every day super heavy now

i. Sharaydeh: Ok sweetheart keep me posted when you feel comfortable

j. MV: Did u get the phone on? And u don't think it will be awkward?

k. Sharaydeh: I paid for the phone 5hrs ago and it's all up to you

l. MV: Oh it didn't give me a text like usual but thank u.. and im asking u if u think it will be awkward lol

m. Sharaydeh: He told me he paid it if not by tomorrow get back to me I will take care of it

n. MV: Ok

o. Sharaydeh: In ky we ok it's up to you

p. MV: What do you mean in ky

q. MV: Why in ky

r. Sharaydeh: Im ky you ok

s. MV: Im confused

t. Sharaydeh: Ky over 16 is ok mf lol

u. MV: Lol same for Cincinnati. Its ok anywhere unless the parents took it to court.

---

[8] In affiant's experience "wym" refers to "what you mean

v. MV: It wouldint make a difference no one would know unless i said something

w. Sharaydeh: How I know you get upset from me and you scow me lol

x. MV: I only got upset because i told u multiple times not to cum in me and u kept saying u didint even though u did then u didint want to help when I got pregnant and im way to young and not in the position to have a kid

y. Sharaydeh: Ok babe next time I will be good with you whatever you need

26. The following text messages were exchanged the following day on July 25, 2022:

a. MV: I didint get upset until that happened but do u think it will be awkward for us because of what happened or just strictly business?

b. Sharaydeh: Strictly business with love lol

27. On August 19, 2022, MV and Sharaydeh exchanged the following text messages:

a. Sharaydeh: Are you 18 yet lol

b. MV: Thank u 17 lol

c. Sharaydeh: Can we play lol

28. Communication between MV and Sharaydeh indicate that Sharaydeh was providing MV money in exchange for sex. For example, as described above, MV sent a text to Sharaydeh stating she met with Sharaydeh because she needed money and Sharaydeh met with MV because he wanted sex. MV's statement suggest an exchange of sex for money. As described above, MV questions Sharaydeh if they met again would it be awkward or just strictly business?" Sharaydeh responded that it would be "strictly business with love." This interaction again suggests an arrangement of money in exchange for sex.

29. Based on the forgoing, I request the Court issue the proposed criminal complaint, as there is probable cause to believe Sharaydeh has committed Sex Trafficking of a Minor and Receipt of Child Pornography.

Nathan Holbrook
Special Agent, FBI

Subscribed and sworn to before me on this __8__ day of August 2024.

Karen L. Litkovitz
United States Magistrate Judge