IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RE: Reassignment of Civil Cases from the Docket of
Magistrate Judge Karen L. Litkovitz

ORDER

The attached cases that are currently referred to Magistrate Judge Karen L. Litkovitz are hereby referred to Magistrate Judge Grace M. Royalty.

IT IS SO ORDERED.

October 19, 2026
DATE

Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 1:12-mj-00426-KLL - 1 | USA v. Ohanyon |
| 1:12-mj-00427-KLL - 1 | USA v. Frieberg |
| 1:15-mj-00645-KLL - 1 | USA v. Rojas-Lara |
| 1:16-mj-00407-KLL - 1 | USA v. Ellington |
| 1:16-mj-00691-KLL - 1 | USA v. Oliger |
| 1:17-mj-00429-KLL - 1 | USA v. Jones |
| 1:18-mj-00240-KLL - 1 | USA v. Beltran |
| 1:18-mj-00248-KLL - 1 | USA v. Harris |
| 1:21-po-00028-KLL - 1 | USA v. Coroa |
| 1:22-mj-00455-KLL-MRB - 1 | USA v. Thomas |
| 1:23-po-00014-KLL - 1 | USA v. Miller |
| 1:24-mj-00628-KLL - 1 | USA v. Sharaydeh |
| 1:25-mj-00153-KLL - 1 | USA v. Ramos |
| 1:25-mj-00157-KLL - 1 | USA v. Boeh |
| 1:25-mj-00158-KLL - 1 | USA v. Boeh |
| 1:25-mj-00353-KLL - 1 | USA v. Shepherd |
| 1:25-mj-00357-KLL - 1 | USA v. Gonzalez-Rodriguez |
| 1:25-mj-00480-KLL - 1 | USA v. Tackett |
| 1:25-mj-00654-KLL - 1 | USA v. Brown |
| 1:25-mj-00655-KLL - 1 | USA v. Jackson |
| 1:25-mj-00776-KLL - 1 | USA v. Goode |
| 1:25-mj-00973-KLL - 1 | USA v. Ahlers |
| 1:26-cr-00058-KLL - 1 | USA v. Copley |
| 1:26-mj-00128-KLL - 1 | USA v. Bell |
| 1:26-mj-00537-KLL - 1 | USA v. Evans |
| 1:26-mj-00695-KLL - 1 | USA v. Sodders |